```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                        CASE NO. 07 B 08327
   KARL LAMONT ADAIR
                                              CHAPTER 13

                                              JUDGE: SUSAN PIERSON SONDERBY
              Debtor
    SSN XXX-XX-5437


-------------------------------------------------------------------------------
                   TRUSTEE'S FINAL REPORT AND ACCOUNT
-------------------------------------------------------------------------------
     The case was filed on 05/07/2007 and was confirmed 09/27/2007.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors  10.00%.

     The case was dismissed after confirmation 01/31/2008.
-------------------------------------------------------------------------------
CREDITOR NAME                 CLASS          CLAIM AMOUNT     INTEREST       PRINCIPAL
                                                                PAID           PAID
-------------------------------------------------------------------------------
AMEX                       NOTICE ONLY    NOT FILED             .00            .00
ANDERSON CRENSHAW ASSO     UNSECURED      NOT FILED             .00            .00
FREEDOM CARD GOLD MASTER   FILED LATE        526.42             .00            .00
CAVALRY PORTFOLIO SERVIC   UNSECURED      NOT FILED             .00            .00
CAPITAL ONE BANK           UNSECURED      NOT FILED             .00            .00
CHICAGO P O EMP CR UN      NOTICE ONLY    NOT FILED             .00            .00
CITI CARDS                 NOTICE ONLY    NOT FILED             .00            .00
CITY OF CHICAGO LAW DEPT   UNSECURED      NOT FILED             .00            .00
CITY OF CHICAGO PARKING    UNSECURED        3210.00             .00            .00
DEPENDON COLLECTION SE     UNSECURED      NOT FILED             .00            .00
DEVELOPERS INVESTORS LLC   UNSECURED      NOT FILED             .00            .00
EVANSTON NORTHWESTERN HE   UNSECURED      NOT FILED             .00            .00
BLOOM FDSB                 UNSECURED      NOT FILED             .00            .00
FINANCIAL CREDIT NETWORK   UNSECURED      NOT FILED             .00            .00
FIRST NATIONAL BANK        UNSECURED      NOT FILED             .00            .00
GEMB/HDMBGA                NOTICE ONLY    NOT FILED             .00            .00
CITY OF CHICAGO            UNSECURED       95743.85             .00            .00
ILLINOIS COLLECTION SERV   UNSECURED      NOT FILED             .00            .00
INTERNAL REVENUE SERVICE   UNSECURED        1952.34             .00            .00
KEY NOTE CONSULTING        UNSECURED      NOT FILED             .00            .00
NICOR GAS                  UNSECURED         136.66             .00            .00
NORTHWESTERN MEDICAL FAC   UNSECURED      NOT FILED             .00            .00
SEARS                      NOTICE ONLY    NOT FILED             .00            .00
TALAN & KTSANES            NOTICE ONLY    NOT FILED             .00            .00
INTERNAL REVENUE SERVICE   PRIORITY        6160.82              .00         569.57
CAPITAL ONE                UNSECURED         263.01             .00            .00
CITY OF CHICAGO            PRIORITY          751.28             .00          69.46
CITY OF CHICAGO            PRIORITY          712.32             .00          65.85
CITY OF CHICAGO            PRIORITY         1390.71             .00         128.57
CITY OF CHICAGO            PRIORITY          169.97             .00          15.71
CITY OF CHICAGO            PRIORITY          582.51             .00          53.85
CITY OF CHICAGO            PRIORITY          621.28             .00          57.44

                    PAGE  1 - CONTINUED ON NEXT PAGE
          CASE NO. 07 B 08327 KARL LAMONT ADAIR
```

```
CITY OF CHICAGO         PRIORITY         1130.75            .00          104.54
CAPITAL ONE             UNSECURED         296.98            .00             .00
CITY OF CHICAGO         PRIORITY         1388.95            .00          128.41
CAPITAL ONE BANK        UNSECURED      NOT FILED            .00             .00
CHICAGO P O EMP CR UN   NOTICE ONLY    NOT FILED            .00             .00
ILLINOIS COLLECTION SERV UNSECURED     NOT FILED            .00             .00
ILLINOIS COLLECTION SERV UNSECURED     NOT FILED            .00             .00
KEY NOTE CONSULTING     NOTICE ONLY    NOT FILED            .00             .00
ERNESTO D BORGES JR     DEBTOR ATTY          .00                            .00
TOM VAUGHN              TRUSTEE                                           81.60
DEBTOR REFUND           REFUND                                              .00

        Summary of Receipts and Disbursements:
-------------------------------------------------------------------------------
                        RECEIPTS          DISBURSEMENTS
-------------------------------------------------------------------------------
TRUSTEE                1,275.00

PRIORITY                                    1,193.40
SECURED                                          .00
UNSECURED                                        .00
ADMINISTRATIVE                                   .00
TRUSTEE COMPENSATION                           81.60
DEBTOR REFUND                                    .00
                     ---------------    ---------------
TOTALS                 1,275.00             1,275.00
```

     Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


                                   /s/ Tom Vaughn
     Dated: 04/23/08               _____
                                   TOM VAUGHN
                                   CHAPTER 13 TRUSTEE